**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-cr-00177-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGELIO ALMODOVAR,

    Defendant.

---

**ORDER TO SURRENDER IN LIEU OF**
**TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, ROGELIO ALMODOVAR, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, Federal Correctional Institution Giles W. Dalby, 805 North Avenue F, Post, Texas, on November 30, 2015, by 12:00 p.m. (noon) (CST), and shall travel at his own expense.

    Dated November 16, 2015, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Bob Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge